UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Brier Hagen and Heather Nhan, Civ. No. 24-3661 (PAM/DTS)

Plaintiffs,

v. **ORDER**

Meridian Services, Inc.,

Defendant.

---

This matter is before the Court on Plaintiffs' letter requesting leave to file a motion to reconsider. For the following reasons, the request is denied as moot.

Count III of Plaintiffs' Amended Complaint raises claims under Minn. Stat. §§ 181.101, 181.13, and 181.14. On October 15, 2026, the Court granted Defendants' Motion for Summary Judgment as to Plaintiffs' claims under §§ 181.13 and 181.14. (See Docket No. 152.) Plaintiffs seek permission to file a motion to reconsider, contending that their underlying § 181.101 claim survived the Motion for Summary Judgment. Defendant acknowledges that the § 181.101 claim remains pending. At no point in Plaintiffs' previous extensive briefing on their Section 181 claims did they indicate that their underlying § 181.101 claim should survive if the Court dismissed the §§ 181.13 and 181.14 claims, and there is no need to do so now.

Accordingly, **IT IS HEREBY ORDERED that**:

1. The Court's October 15, 2026 Order (Docket No. 152) is **AMENDED** to clarify that Plaintiffs' Minnesota Payment of Wages Act claim under Minn. Stat. § 181.101 remains pending, while the claims under §§ 181.13 and 181.14 are dismissed; and

2. Plaintiffs' letter request (Docket No. 159) is **DENIED as moot**.

Dated: November 9, 2026

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge